# UNITED STATES DISTRICT COURT
## for the
### Middle District of Tennessee
### Nashville Division

Travis Kenard Dawson

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

The Consumer Financial Protection Bureau

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Trial by Jury

Jury Trial: *(check one)* ☒ Yes ☐ No

RECEIVED
MAY 0 2 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

I. **The Parties to This Complaint**

    A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

    Name: Travis Kenard Dawson
    Address: 167 Bell Road, Suite 16
    Nashville, Tennessee 37217
            *City             State       Zip Code*
    County: Davidson
    Telephone Number: (918) 213-8632
    E-Mail Address: traviskdawson@gmail.com

    B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
    Name: The Consumer Financial Protection Bureau
    Job or Title *(if known)*: independent agency of United States
    Address: 1700 G Street Northwest
    Washington DC 20006
            *City          State       Zip Code*
    County:
    Telephone Number: (855) 411-2372
    E-Mail Address *(if known)*:

    ☐ Individual capacity   ☑ Official capacity

Defendant No. 2
    Name:
    Job or Title *(if known)*:
    Address:
            *City          State       Zip Code*
    County:
    Telephone Number:
    E-Mail Address *(if known)*:

    ☐ Individual capacity   ☐ Official capacity

Defendant No. 3
　　Name _____
　　Job or Title *(if known)* _____
　　Address _____
　　　　　City　　　State　　　Zip Code
　　County _____
　　Telephone Number _____
　　E-Mail Address *(if known)* _____

　　☐ Individual capacity　　☐ Official capacity

Defendant No. 4
　　Name _____
　　Job or Title *(if known)* _____
　　Address _____
　　　　　City　　　State　　　Zip Code
　　County _____
　　Telephone Number _____
　　E-Mail Address *(if known)* _____

　　☐ Individual capacity　　☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials? 4th Amendment constitutional protected right due to failure to prevent unlawful searches and seizures.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? in an email sent to me by the Consumer Protection Bureau staff.

B. What date and approximate time did the events giving rise to your claim(s) occur? April 29, 2025 at 4:52 p.m.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Employees from the Consumer financial protection bureau failed at its mission to ensure that myself and my consumer were treated fairly by employees at a lender and financial institution by refusing to administer as well as investigate my complaint submitted against Tennessee Child Support company on March 23, 2025.

IV. **Injuries**

Employee(s) at the Consumer Financial Protection Bureau upheld obstructing justice.

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I am continuing to suffer harm, loss and damage for a mortgage debt which does not belong to me or my consumer. I never agreed to be responsible debts of others so that employees can evade paying taxes. Therefore due to breach of fiduciary duties and responsibilities by federal governmental employees who refused to administer and investigate my complaint, I am continuing to suffer through involuntary servitude and peonage. Employees have a conflict of interest not to administer as well as investigate my complaint.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requiring that I be compensated at least $1,000,000.00 per day for everyday that employees, board and staff members at the Consumer Financial Protection Bureau refused and are refusing to administer/investigate my complaint. This matter involves trusts, etc., in restraint of trade illegally which carries penalties.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: April 29, 2025

Autograph — Signature of Plaintiff: Travis-Kenard: Dawson.
*All rights are reserved. Void where prohibited by the Law*

Printed Name of Plaintiff: Travis Kenard Dawson

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____
    City _____ State _____ Zip Code _____
Telephone Number _____
E-mail Address _____

Travis Menard Dawson
107 Bell Road, Suite 16
Nashville, Tennessee 37013

RECEIVED
MAY 02 2025
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Attention Clerk of Court for the United States Middle District of Tennessee
719 Church Street, Suite 1380
Nashville, Tennessee 37203

NASHVILLE TN 370
30 APR 2025 PM 5 L